CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 2 7 2021

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

**IN THE UNITED STATES DISCTRICT COURT**

**FOR THE WESTERN DISTRICT OF VIRGINIA**

**ROANOKE DIVSION**

NO. 7. 21CV00495

**DONNIE T.A.M. KERN**

**Plaintiff,**

V.

**GEORGE M. GARTEN**
**IN OFFICIAL CAPACITY OF**
**CHAIRMAN  & MEMBER**
**ALLEGHANY COUNTY**
**BOARD OF SUPERVISORS**

**STEPHEN A. BENNETT**
**IN OFFICIAL CAPACITY OF**
**MEMBER**
**ALLEGHANY COUNTY**
**BOARD OF SUPERVISORS**

**CLETUS W. NICELY**
**IN OFFICIAL CAPACITY OF**
**MEMBER**
**ALLEGHANY COUNTY**
**BOARD OF SUPERVISORS**

**M. JOAN VANNORSDALL**
**IN OFFICIAL CAPACITY OF**
**MEMBER**
**ALLEGHANY COUNTY**
**BOARD OF SUPERVISORS**

**PLAINTIFF's**
**EMERGENCY MOTION FOR**

**EMERGENCY TEMPORARY**
**RESTRAINING ORDER**
**EFFECTED NO LATER THAN**
**SEPTEMBER 28 2021 3:00PM**
**PURSUANT RULE 65**

**JAMES M. GRIFFITH**
**IN OFFICIAL CAPACITY OF**
**MEMBER**
**ALLEGHANY COUNTY**
**BOARD OF SUPERVISORS**

**SHANNON P. COX**
**IN OFFICIAL CAPACITY OF**
**CHAIRMAN**
**ALLEGHANY COUNTY**
**BOARD OF SUPERVISORS**

**GREGORY A. DODD**
**IN OFFICIAL CAPACITY OF**
**CHAIRMAN**
**ALLEGHANY COUNTY**
**BOARD OF SUPERVISORS**

**GREGORY A. DODD**
**IN OFFICIAL CAPACITY OF**
**MEMBER & POLITICAL**
**INCUMBENT**
**ALLEGHANY COUNTY**
**BOARD OF SUPERVISORS**

**PATRICK JENSEN**
**IN OFFICIAL CAPACITY OF**
**COMMONWEALTH ATTORNEY**
**PETTITIONER**

**JIM GUYNN**
**IN OFFICIAL CAPACITY OF**
**SPECIAL COUNSEL FOR**
**COMMONWEALTH ATTORNEY**
**PETTITIONER**

**HON. JUDGE ED STEIN**
**IN OFFICIAL CAPACITY OF**
**PRESIDING JUDGE ALLEGHANY**
**COUNTY CIRCUIT COURT**
**CASE CL20-827**

**Defendant(s),**

## PLAINTIFFS EMERGENCY MOTION

## FOR EMERGENCY TEMPORARY RESTRAINING ORDER

## EFFECTED NO LATER THAN SEPTEMBER 28 2021 3:00PM

## PURSUANT RULE 65

**COMES NOW** the Plaintiff, Donnie T.A.M. Kern via Pro Se requesting a an

Emergency Temporary restraining order to enjoin the Defendant(s) in their official

capacity(s) as chairman and member(s) of the Alleghany County Board of

Supervisors (hereinafter "ACBS"), Patrick Jensen in the official capacity of

Commonwealth Attorney, Jim Guynn in the official capacity of Special Counsel

for the Commonwealth Attorney and counsel for Alleghany County Board of

Supervisors, Honorable Judge Ed Stein in the official capacity as Presiding Judge

for the Alleghany County Circuit Court Case CL20-827, and Mark Herring in his
official capacity of Virginia Attorney General all of which are citizens of Virginia.

The emergency motion for temporary restraining order seeks to enjoin the
defendants from attempting to remove/suspend the plaintiff from his position on
the Alleghany County School Board which is imminent as a motion to suspend the
plaintiff is scheduled to be heard by Judge Ed Stein, presiding judge of Alleghany
County Circuit court on **September 28 at 3:00PM**

## BASIS FOR MOTION

1. The plaintiff on September 27 2021 filed a complaint and pleading in the
   United States District Court for the Western District of Virginia, Roanoke
   division against the defendants seeking declaratory and preliminary injunctive
   relief involving a pending case in the Alleghany County Circuit Court CL20-
   827

2. The plaintiff argues that absent Emergency Temporary Restraining Order the
   plaintiff will suffer immense irreparable harm including, but not limited to, the
   loss of the plaintiffs' constitutional protections which no monetary
   compensation is available to remedy.

3. Unless the defendants are enjoined from removing/suspending the plaintiff from
   the Alleghany County school board the plaintiff will be removed from the

Alleghany County school board due to the defendants' actions which were done in bad faith, in an effort to harass, and to cause significance and immense irreparable harm;

4. Whereas the defendant's have charged the plaintiff with violating Virginia Code §24.2-233(1) which is patently unconstitutional, facially void-for-vagueness and facially overbreadth, was charged against the plaintiff in bad faith and with unclean hands and other extraordinary circumstances in an effort to harass and cause immense irreparable harm to the plaintiff which compels the United States District Court's attention in this matter voiding any possibility of federal abstention

5. Whereas the state court is an inadequate forum for resolute and would only intensify the irreparable harm the plaintiff is facing

6. Absent the Emergency Temporary Restraining Order, the status quo will be further breached causing irreparable harm to the plaintiff and the public. If the plaintiff is removed/suspended and later is victorious at trail, the irreparable harm caused can never be repaired or compensated. The Emergency Temporary Restraining order can prevent this from occurring.

7. The defendant's motive to recently suspend the plaintiff emerged due to the plaintiff exercising constitutionally protected rights which the defendants have

flagrantly ignored. The plaintiff has tried to warn the defendants of these issues on multiple occasions.

    a. Letter to members of the Alleghany County Board of Supervisors approximately on October 27 2019;

    b. Letter to members of the Alleghany County Board of Supervisors approximately on June 1 2021;

    c. Motion to Continue which was filed on August 10 2021 in the Alleghany County Circuit Court;

    d. Notice of Removal served on August 25 2021 effected removal with Patrick Jensen and Debra Byer, Alleghany County Clerk of Court.

8. Granting the Emergency Temporary Restraining order will best serve the public interest.

9. Pursuant to Federal Rule of Civil Procedure 65(c), neither the United States nor any officer or agency of the United States is required to post bond as a prerequisite to the issuance of an injunction

PLEASE TO NOTICE this Emergency Motion for an Emergency Temporary Restraining Order is supported by a concurrently filed complaint, and pleading for declaratory and preliminary injunctive relief referenced in the above assigned captioned case

WHEREFORE, the plaintiff prays that the defendants and all persons acting on its behalf be enjoined from removing/suspending the plaintiff from his position on the Alleghany County school board to prevent immense and imminent irreparable harm until the case will be resolved.

## DECLARATION

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11 and the foregoing is true and correct on this _21_ day of September 2021.

Donnie T.A.M. Kern, Pro Se
Respondent
115 Church Street
Clifton Forge, Virginia 24422
quilltaxation@gmail.com
540-958-4958

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing will be emailed to the following:

George M. Garten
Chairman, Alleghany County Board of Supervisors
215 Wade Drive
Covington, VA 24426
540-958-0415
kickma@aol.com

Stephen A. Bennett
Member, Alleghany County Board of Supervisors
6800 Ritch Patch Road
Covington, VA 24426
540-862-7670
millwork2002@aol.com

Cletus W. Nicely
Member, Alleghany County Board of Supervisors
302 Morgan Drive
Clifton Forge, VA 24426
540-862-1126
cnicely@ntelos.net

M. Joan Vannorsdall
Member, Alleghany County Board of Supervisors
815 Palace Boulevard
Clifton Forge, VA 24426
540-664-3565
joan.vannorsdall@gmail.com

James M. Griffith
Member, Alleghany County Board of Supervisors
1818 Westwood Drive
Covington, VA 24426
540-580-9019
grifjames@aol.com

Shannon P. Cox
Member, Alleghany County Board of Supervisors
8507 Potts Creek Road
Covington, VA 24426
540-747-2363
spcox70@gmail.com

Gregory A. Dodd
Member, Alleghany County Board of Supervisors
508 Commercial Street
Clifton Forge, VA 24422
540-958-4535
Gad6483@aol.com


Patrick Jensen
Chief Dupty Commonwealth's Attorney
County of Montgomery
55 E. Main Street., Ste 2B
Christiansburg, Virginia 24073
jensenpr@montgomerycountyva.gov

Jim H. Guynn, Jr.
Guynn, Waddell, Carroll & Lockaby, P.C.
415 S. College Avenue
Salem, Virginia 24153
jimg@guynnwaddell.com


Honorable Judge Ed Stein
Courthouse
266 West Main Street
Covington, VA 24426
540-965-1738
Email-Via Brenda Lemons: bslemons@vacourts.gov

on this the ___27___ day of September 2021

Donnie T.A.M. Kern, Pro Se
Respondent
115 Church Street
Clifton Forge, Virginia 24422
quilltaxation@gmail.com
540-958-4958