# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **DONNIE T.A.M. KERN,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:21CV00495 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **GEORGE M. GARTEN, ET AL.,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendants. | ) | |

The plaintiff, Donnie T.A.M. Kern, has filed a pro se Complaint against various local officials, including a state judge, involving Kern's possible removal from the Alleghany County, Virginia, School Board. The Complaint is 306 pages long, and contains numerous photographs, full recitation of various statutes and rules, copies of letters and newspaper articles, as well as handwritten comments and markings.

The federal rules require a civil complaint to contain "a short and plain statement of the claim." Fed. R. Civ. P. 8(a)(2). Kern's Complaint does not meet that requirement. While the court is required to treat a pro se litigant's pleadings with leniency, this Complaint is far beyond the pale. I will therefore dismiss the Complaint with leave to file an Amended Complaint that conforms to the rule. The Amended Complaint must not contain the material described above and must not

exceed 15 pages, in which Kerns can simply set forth in readable type the basic <u>facts</u> of his claim, without legal argument.

Accordingly, it is **ORDERED** that the present Complaint is DISMISSED, with leave granted to the plaintiff to file, within 14 days, an Amended Complaint meeting the requirements set forth above.

The Clerk shall send a copy of this Order to the plaintiff.

ENTER: October 5, 2021

/s/  JAMES P. JONES
Senior United States District Judge