# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **DONNIE T.A.M. KERN,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:21CV00495 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **GEORGE M. GARTEN, ET AL.,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendants. | ) | |

The plaintiff, Donnie T.A.M. Kern, has filed two pro se motions, one entitled "Plaintiff's Emergency Motion for Emergency Temporary Restraining Order," and the other entitled "Emergency Request for Pacer E-File 2nd Attempt Post Complaint & Court Order."

In the plaintiff's pro se Amended Complaint, he seeks an injunction against various public officials, including a circuit judge, because the plaintiff has been subjected to removal from the Alleghany County School Board pursuant to Va. Code Ann. § 24.2-233, -234, under which an appointed school board member may be removed from office by the circuit court upon the petition of the board of supervisors. According to the on-line docket of the Alleghany County Circuit Court, such a petition is pending against the defendant in that court. Based upon the allegations of the Amended Complaint, I find no basis to interfere with ongoing state

judicial proceedings in this case and will not grant a temporary restraining order. In addition, as I have earlier held, I will not grant the pro se plaintiff leave to file documents using the court's electronic filing system.

Accordingly, it is **ORDERED** that the plaintiff's motions, ECF Nos. 11 and 12, are DENIED.

The Clerk shall send a copy of this Order to the plaintiff.

ENTER:   October 28, 2021

/s/  JAMES P. JONES
Senior United States District Judge